**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **SUSAN MAKABI** | ) Case No. CV09-3588 SWV CWx |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| **CENTRAL CREDIT SERVICES, INC.** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Southern District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 9th day of May, 2009.

Notice of Dismissal - 1

1
2
3
4
5
6

By: **s/Todd M. Friedman**
   **Todd M. Friedman**
   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
   **369 S. DOHENY DR. #415**
   **BEVERLY HILLS, CA 90211**
   **tfriedman@AttorneysForConsumers.com**
   **Attorney for Plaintiff**

7
8  Filed electronically on this 9th day of July, 2009, with:

9  United States District Court CM/ECF system

10
11  By: s/Todd M. Friedman
    Todd M. Friedman

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28